# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-cr-0186-RLH-LRL |
| vs. | ) | **O R D E R** |
| GLADYS MCGARRY, | ) | |
| Defendant. | ) | |

       Before this Court is the Report and Recommendation of United States Magistrate Judge (#19, filed August 13, 2010), entered by the Honorable Lawrence R. Leavitt, regarding Defendant's Motion to Suppress (#18). Two identical Objections (## 21, 22) were filed by the United States to Magistrate Judge Leavitt's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The Defendant has filed a Response (#23) thereto, and the matter was submitted for consideration.

       The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Leavitt should be accepted and adopted.

1

1     IT IS THEREFORE ORDERED that Magistrate Judge Leavitt's Report and

2 Recommendation (#19, entered August 13, 2010) is ACCEPTED and ADOPTED, and Defendant

3 McGarry's Motion to Suppress (#12) is granted.

4     Dated:   September 22, 2010.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**