Form 12 - Travel
D/NV Form
Rev. Mar. 2008

# United States District Court

## for

## the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE THE CONTIGUOUS UNITED STATES

**Name of Offender:**   GLADYS MCGARRY

Case Number:   2:10-cr-186-RLH-LRL

Name of Sentencing Judicial Officer:   Honorable Roger L. Hunt

Date of Original Sentence:   July 8, 2011

Original Offense:   Making and Using Counterfeit Postage

Original Sentence:   6 months imprisonment followed by 3 years of supervised release

Date Supervision Commenced:   March 7, 2012

Name of Assigned Judicial Officer:   Honorable Roger L. Hunt

## SUMMARY

Ms. McGarry has submitted another international travel request to San Jose, Costa Rica, to accompany her boyfriend Ken Muntz, on an 11-day resort. Her dates of travel are from April 3, 2014, through April 14, 2014, and has agreed to provide a copy of her itinerary prior to her departure.

McGarry is currently in compliance with all conditions of supervision. As a condition of supervision, McGarry was ordered to pay restitution in the amount of $220,100.00. McGarry has met her financial obligation, paying $150 per month, and is having her tax returns garnished through the U.S. Treasury Offset Program. McGarry has paid a total of $8,065.46 towards restitution and her account balance is currently $212,034.54. Her previous officer, former USPO Casey Anderson, advised McGarry that travel is heavily monitored for those who owe a substantial restitution balance and suggested that she make larger payments if she can afford such travel. He also further advised McGarry that international travel is authorized by Your Honor and not the probation officer.

It should also be noted, that on February 7, 2013, McGarry submitted a travel packet requesting permission to also travel to Texas, New Jersey, Phoenix, and Africa, all expenses paid by Muntz. She then submitted yet another international travel request in October 2013, to Venice, Italy, and was denied by Your Honor on April 17, 2013.

On February 24, 2014, this officer made contact with Assistant United States Attorney, Susan Cushman, and she advised that she is opposed to McGarry's third request to travel internationally. Ms. Cushman finds that McGarry should apply more effort into paying down her restitution.

Form 12 - Travel
D/NV Form
Rev. Mar. 2008

RE: GLADYS MCGARRY

Although McGarry has remained in full compliance, current with her monthly restitution payments, and that this trip is fully covered, the probation office is not comfortable in allowing McGarry to go on such lavish vacations. This officer feels that McGarry will be spending money on this 11-day trip which could be appropriately applied towards her restitution. The probation office respectfully defers to the Court for a decision regarding this matter.

Respectfully submitted,

*[signature]*
KELLI C. MORGAN
United States Probation Officer

APPROVED: *[signature]*
ROBERT G. AQUINO
Supervising United States Probation Officer

---

**THE COURT ORDERS:**

_____ Requested Travel is Approved

__X__ Requested Travel is Denied

_____ Other

*[signature]*
Signature of Judicial Officer

February 25, 2014
Date